UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2 (c)**
ROBERT C. NISENSON, LLC
10 Auer Court
East Brunswick, New Jersey 08816
Robert C. Nisenson
Attorney for Debtor
RCN 6680



Order Filed on October 19, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:    16-27502

In the Matter of

NADINE MCNAIR
                        DEBTOR

Judge:  CMG

## ORDER TO IMPOSE STAY IN BANKRUPTCY CASE

The relief set forth on the following page numbered two (2)  is hereby ORDERED.

**DATED: October 19, 2016**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**ROBERT C. NISENSON, L.L.C.**
10 Auer Court
East Brunswick, NJ 08816
 (732) 238-8777
Attorneys for Debtor
Robert C. Nisenson, Esq.
RCN 6680

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of | : | Case:  16-27502 |
| | : | Chapter 13 |
| NADINE MCNAIR | : | |
| | : | |
| | : | |
| | : | **ORDER TO IMPOSE STAY** |
| Debtor. | : | **IN BANKRUPTCY CASE** |
| | : | |
| | : | |

  This matter having been opened to the Court by Robert C. Nisenson, Esq., of  the

Law firm of Robert C. Nisenson, L.L.C., attorneys for Debtor, upon application for an

Order to Continue Stay and the Court having considered all supporting and opposing

papers, if any, and good cause appearing for the entry of this Order;

  It is ;

  **ORDERED** that the automatic stay shall be imposed to all legal proceeding

against the Debtor and stay all foreclosure sales, repossessions or collection attempts and

any foreclosure action against Debtor; and it is further

  **ORDERED** that the Debtor is to keep current with Trustee and post-petition taxes

during the next twenty-four (24) months; and it is further

  **ORDERED** that the Debtor is to refinance the property with twenty-four (24)

months to pay off balance of tax liens; and it is further

**ORDERED** that the Debtor is to include tax lien attorney's fees for work during the past two (2) filings in the approximate amount of $6,000.00 to be included in the Plan; and it is further

**ORDERED** that if Debtor is not able to refinance within twenty-four (24) months from the date of this Order then American Tax Funding, LLC shall have relief from the automatic stay to complete the tax foreclosure; and it is further

**ORDERED** If Debtor defaults, or is unable to refinance within twenty-four (24) months, Debtor will vacate within (60) days if the court grants relief stay; and it is further

**ORDERED** Upon relief of stay, American Tax Funding, LLC may continue its State Court action, including the execution of the Writ of Possession entered by the New Jersey Superior Court against property located at 57 Bayberry Lane, Willingboro, New Jersey, American Tax Funding, LLC may join the Debtor and Trustee appointed in this case as defendants in its actions; and it is further

**ORDERED** If the Debtor defaults and fails to cure any default within fifteen (15) days of written notice then American Tax Funding, LLC shall be entitled to relief from stay; and it is further

**ORDERED** the automatic stay will not be reimposed upon Debtors filing of a subsequent bankruptcy petition under any Chapter of The United States Bankruptcy Code; and it is further

**ORDERED** that a copy of this Order shall be served upon all parties within _____ days of the date hereof.